IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| **UNITED STATES,** | ) | Cause No. CR-02-118-GF-SEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| vs. | ) | **TO QUASH ARREST** |
| | ) | **WARRANT AND DISMISS** |
| **ALEXANDER OSTERHUBER,** | ) | **PETITION FOR** |
| | ) | **REVOCATION** |
| Defendant. | ) | |

Based upon motion and good cause appearing,

**IT IS HEREBY ORDERED** that the Petition for Warrant or Summons for Offender Under Supervision [Dkt. #39] is DISMISSED and the outstanding warrant is quashed.

DATED this 12th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court